UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| CAROL SUE ROBERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV608-011 |
| ) | |
| STEVE ASKEW, *Emanuel County* ) | |
| *District Attorney*; TONY HOWERTON, ) | |
| *Warden*; STATE OF GEORGIA, ) | |
| ) | |
| Respondents. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 7 day of July, 2008.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA